# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 15-629-AG (PJWx) | Date | June 24, 2015 |
| Title | United States of America v. Fred Bradley Carroll | | |

**JS-6**

| Present: The Honorable | PATRICK J. WALSH, U.S. MAGISTRATE JUDGE |
|---|---|
| Isabel Martinez | Not Recorded |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Robert Ira Lester | Fred Bradley Carroll, pro per |

**Proceedings:**     **Judgment Debtor Examination of Fred Bradley Carroll**

    The Judgment Debtor is sworn by the clerk and leaves the courtroom to conduct the Judgment Debtor examination with counsel for the plaintiff, Robert Ira Lester.

                                                                                                                                                                                                                                                                       _____ : _____

                                                             Initials of Preparer  im